AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert C. Dalton<br>*Plaintiff*<br>v.<br>James P. Clements, Tanju Karanfil, Clemson University, South Carolina Department of Agriculture, The State of South Carolina,<br>*Defendant* | Civil Action No.  8:21-cv-00986-JD |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: By order of the court, defendants' motions to dismiss has been entered.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ Decided by the Honorable Joseph Dawson, III

Date:  December 2, 2021                              *CLERK OF COURT*

                                                s/Stephen K. Grider
                                          *Signature of Clerk or Deputy Clerk*